IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION
IN ADMIRALTY

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br> Plaintiff, <br><br> v. <br><br> WALL STREET SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION <br> FILE NO.:  1:11-cv-3570-ODE |

## DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS CORPORATE DISCLOSURE STATEMENT

1.

The undersigned counsel of record for Defendant to this action certify that the following is a full and complete list of all parties in this action:

(a)    **MSC Mediterranean Shipping Company, S.A., Plaintiff;**

(b)    **Wall Street Systems, Inc., Defendant.**

2.

The undersigned further certify that the following is a complete list of all other persons, associations of persons, firms, partnerships, or corporations (including those related to a party as a subsidiary, conglomerate, affiliate or parent

1

corporation) having either a financial interest in or other interest which could be substantially affected by the outcome of this particular case:

**Travelers Property Casualty Company of America insures Defendant with respect to the subject cargo loss.**

3.

The undersigned further certify that the following is a full and complete list of all persons serving as attorneys for the parties in this proceeding:

Counsel for Plaintiff:　　　　**Robert R. Ambler, Jr., Esq.**
**John G. Perry, Esq.**
**Womble, Carlyle, Sandridge & Rice, PLLC**
**271 17th Street, NW**
**Suite 2400**
**Atlanta, GA 30363**
**(404) 879-2441**
**rambler@wcsr.com**
**joperry@wcsr.com**

**And**

**Gordon D. Schreck, Esq.**
**Womble, Carlyle, Sandridge & Rice, PLLC**
**Five Exchange Street**
**P.O. Box 999**
**Charleston, SC 29402**
**(843) 720-4605**
**gschreck@wcsr.com**

Counsel for Defendant:　　　　**Scott W. McMickle, Esq.**
**McMickle, Kurey & Branch, LLP**
**178 S. Main Street, Suite 225**
**Alpharetta, Georgia  30009**

       **Telephone:  (678) 824-7800**
       **Email: swm@mkblawfirm.com**

Submitted this 22nd day of November 2011.

      /s/SCOTT W. MCMICKLE
      Georgia Bar No.:  497779
      For the Firm
      ***Attorney for Wall Street Systems, Inc.***
      MCMICKLE, KUREY & BRANCH, LLP
      178 South Main Street, Suite 225
      Alpharetta, GA 30009
      Telephone (678) 824-7800
      Facsimile:  (678) 824-7801
      Email:  SWM@mkblawfirm.com

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
IN ADMIRALTY

| | |
|---|---|
| MSC MEDITERRANEAN SHIPPING COMPANY, S.A., <br><br> Plaintiff, <br><br> v. <br><br> WALL STREET SYSTEMS, INC., <br><br> Defendant. | CIVIL ACTION <br> FILE NO.: 1:11-cv-3570-ODE |

## CERTIFICATE OF SERVICE

I hereby certify that on November 22, 2011, I electronically filed the foregoing **DEFENDANT'S CERTIFICATE OF INTERESTED PERSONS AND CORPORATE DISCLOSURE STATEMENT,** with the Clerk of Court using the CM/ECF system which will automatically send email notification of such filing to the following attorneys of records:

| | |
|---|---|
| Robert R. Ambler, Jr., Esq. <br> John G. Perry, Esq. <br> Womble, Carlyle, Sandridge & Rice, PLLC <br> 271 17th Street, NW <br> Suite 2400 <br> Atlanta, GA 30363 | Gordon D. Schreck, Esq. <br> Womble, Carlyle, Sandridge & Rice, PLLC <br> Five Exchange Street <br> P.O. Box 999 <br> Charleston, SC 29402 |

4

/s/SCOTT W. MCMICKLE
Georgia Bar No.: 497779
For the Firm

THIS IS TO CERTIFY that, pursuant to LR 5.1B, NDGa., the above document was prepared in Times New Roman, 14 pt.

2409-12193 (SWM)